IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BROUSSARD,

        Petitioner,               No. CIV S-09-3242 KJM P

   vs.

MIKE EVANS, Warden,          ORDER AND

        Respondent.          ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus challenging a denial of parole. On April 28, 2010, the court directed respondent to file a response to the petition. He has not responded to the court's order.

        On July 19, 2010, petitioner filed a motion for a ruling on his habeas petition, noting respondent's failure to respond and reasoning that he is entitled to relief. However, the state's failure to respond does not entitle petitioner to a default judgment. Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990).

        IT IS THEREFORE ORDERED that:

        1. Petitioner's motion for a ruling (docket no. 8) is denied;

/////

1

1    2.  Respondent's response, plus the necessary records, is due within thirty days of
2 the date of this order;
3    3.  Respondent is directed to show cause, within seven days of the date of this
4 order, why sanctions should not be imposed for his failure to respond to the court's order; and
5    4.  The Clerk of the Court is directed to serve a copy of this order on Jennifer
6 Neill, Deputy Attorney General.
7 DATED: July 29, 2010.

_____
U.S. MAGISTRATE JUDGE

2
bros3242.ord