IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BROUSSARD,

      Plaintiff,                   No. CIV S 09-3242 KJM

      vs.

MIKE EVANS, Warden,

      Defendants.          <u>ORDER</u>

                                /

         The order to show cause issued July 30, 2010 is hereby discharged.

         IT IS SO ORDERED.

DATED: August 27, 2010.

                                             U.S. MAGISTRATE JUDGE

2

brou3242.osc(2)

1